# United States District Court
## EASTERN DISTRICT OF VIRGINIA

## WARRANT FOR ARREST

UNITED STATES OF AMERICA
V.

**Walter King**

CASE NUMBER : 1:94cr209

To: The United States Marshal and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest **Walter King** and bring him or her forthwith to the nearest magistrate judge to answer a(n)

__Indictment __Information __Complaint __Order of Court __Violation Notice _x_Supervised Release Petition

charging him or her with (brief description of offense):

Violation of Supervised Release - See Attached Petition

In Violation of Title **18** United States Code, Section(s) **3583**

| | |
|---|---|
| **Kathy Bartell** | **Deputy Clerk** |
| Name of Issuing Officer | Title of Issuing Officer |
| *[signature]* Kathy Bartell | November 8, 2005 |
| Signature of Issuing Officer | 401 Courthouse Square Alexandria, VA 22314 |
| | Date and Location |

Bail fixed at $_____  by_____

| Date Received | Name and Title of ~~Arresting~~ Reporting Officer | Signature of Arresting Officer |
|---|---|---|
| 11/08/2005 | Fitzgerald, Derrick  DUSM | *[signature]* David Z... |
| Date of Arrest | | |
| 11/23/2005 | | |