**United States District Court**
**For the District of Columbia**
333 Constitution Avenue, NW
Washington, D.C. 20001
Date: 11/28/05

Nancy Mayer-Whittington
Clerk of the Court



1:94CR209

Address of Other Court: Albert V. Bryan U.S. Courthouse
401 Courthouse Square
Alexandria, VA. 22314-5798

RE: CR 05-633M (Walter King)

Dear Clerk of the Court:

Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above named defendant:

X   Docket Sheet                              ___ Warrant of Removal

X   Complaint/Warrant                         ___ Order of Removal

___ Minute Order Appointing Counsel           X   Detention Order

___ Corporate Surety Bond                     X   Waiver of Removal

___ Personal Surety Bond

X   Other-Blotter dated 11/23/05,

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,

Nancy Mayer-Whittington,
Clerk of the Court

By: _____
    Deputy Clerk